JS - 6
**FILED: 2/24/12**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *United States of America ex rel.* *Steven J. Hartpence*, | **CASE NO. CV 08-1885-GHK (AGRx)** |
| **Plaintiff,** | **JUDGMENT** |
| **v.** | |
| *Kinetic Concepts, Inc., et al.*, | |
| **Defendants.** | |

    Pursuant to the Court's January 30, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Steven J. Hartpence's ("Plaintiff") claims against Defendants Kinetic Concepts, Inc. and KCI-USA, Inc. are **DISMISSED with prejudice**.  Plaintiff shall take nothing by this Complaint.

    **IT IS SO ORDERED**.

    DATED: February 24, 2012

_____
GEORGE H. KING
United States District Judge