JS - 6
**FILED: 2/24/12**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *United States of America ex rel. Steven J. Hartpence*, <br> **Plaintiff,** <br> v. <br> *Kinetic Concepts, Inc., et al.*, <br> **Defendants.** | CASE NO. CV 08-1885-GHK (AGRx) <br><br> **JUDGMENT** |

Pursuant to the Court's January 30, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Steven J. Hartpence's ("Plaintiff") claims against Defendants Kinetic Concepts, Inc. and KCI-USA, Inc. are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: February 24, 2012

_____
GEORGE H. KING
United States District Judge