UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* STEVEN J. HARTPENCE,<br><br>Plaintiff,<br><br>v.<br><br>KINETIC CONCEPTS, INC. and KCI USA, INC.,<br><br>Defendants. | NO.: CV 08-01885-CAS (AGRx)<br><br>[PROPOSED] JUDGMENT<br><br>Hon. Christina A. Snyder |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On June 14, 2019, this Court issued an order granting Defendants Kinetic Concepts, Inc. and KCI USA, Inc.'s Motion for Summary Judgment. (ECF No. 518.) In accordance with that order,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants, that Plaintiff Steven J. Hartpence take nothing from Defendants, that the action be dismissed with prejudice on the merits, and that Defendants recover their

/ / /

/ / /

/ / /

costs of suit from Steven J. Hartpence pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920, Federal Rule of Civil Procedure 54, and Local Rule 54.

**IT IS SO ORDERED.**

DATED     July 5, 2019

_____
Hon. Christina A. Snyder
United States District Court Judge