1  BRADLEY A. KLEIN (*pro hac vice*)
   bradley.klein@skadden.com
2  PAUL A. SOLOMON (*pro hac vice*)
   paul.solomon@skadden.com
3  JOHN A.J. BARKMEYER (*pro hac vice*)
   john.barkmeyer@skadden.com
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   1440 New York Avenue, N.W.
5  Washington, DC 20005
   Telephone:  (202) 371-7000
6  Facsimile:   (202) 393-5760

7  MATTHEW E. SLOAN (SBN 165165)
   matthew.sloan@skadden.com
8  MAYRA AGUILERA (SBN 313563)
   mayra.aguilera@skadden.com
9  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   2000 Avenue of the Stars, Suite 200N
10 Los Angeles, California 90067
   Telephone:  (213) 687-5000
11 Facsimile:   (213) 687-5600

12 Attorneys for Defendants

13

14                UNITED STATES DISTRICT COURT

15               CENTRAL DISTRICT OF CALIFORNIA

16                    WESTERN DIVISION

17 UNITED STATES OF AMERICA, *ex*      CASE NO.: 2:08-CV-01885-CAS(AGRx)
   *rel.* STEVEN J. HARTPENCE,
18                                     **JOINT STATUS REPORT**
                        Plaintiff,
19                                     Judge:        Hon. Christina A. Snyder
                   v.
20
   KINETIC CONCEPTS, INC. and KCI
21 USA, INC.,

22                      Defendants.

23

24

25

26

27

28

STATUS REPORT
CASE NO.: 2:08-CV-01885-CAS(AGRx)

**JOINT STATUS REPORT**

On September 23, 2024, Plaintiff Steven J. Hartpence ("Relator") and Defendants Kinetic Concepts, Inc. and KCI USA, Inc. (collectively, "KCI") submitted a Joint Status Report informing the Court that they were continuing to discuss the terms of their settlement in principle with each other and with counsel for the government. (ECF No. 568.)  The parties agreed to submit an updated status report to the Court by November 22, 2024, to advise the Court of the progress of their discussions.  (*Id.*)  Relator and KCI, by and through their counsel of record, respectfully submit this Joint Status Report pursuant to that agreement.

The parties' settlement discussions with each other and with counsel for the government have continued to progress, and the parties are close to finalizing the terms of a settlement.  However, some additional time will be necessary for the parties to complete that settlement.  Accordingly, KCI and Relator respectfully request that the Court continue to hold in abeyance all proceedings in this case to allow the parties to continue their discussions with each other and with the government and to finalize the terms of all necessary agreements.

KCI and Relator agree to submit an updated status report to the Court when the settlement papers have been finalized or by no later than January 21, 2025, if no settlement has been finalized by then.

1    Respectfully submitted,

2    DATED: November 22, 2024

3                                By:    _____*/s/ Matthew E. Sloan*_____
                                       Matthew E. Sloan
4                                      **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
5                                      300 South Grand Avenue
                                       Los Angeles, CA 90071
6                                      Telephone:    (213) 687-5000
                                       Facsimile:    (213) 621-5130
7                                      Matthew.Sloan@skadden.com

8                                      *Attorneys for Defendants Kinetic Concepts, Inc. & KCI USA, Inc.*

9
                                       *The filer, Matthew Sloan, attests that all other*
10                                     *signatories listed, and on whose behalf this*
                                       *filing is submitted, concur in the filing's*
11                                     *content and have authorized the filing.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATUS REPORT
CASE NO.: 2:08-CV-01885-CAS(AGRx)

1  DATED: November 22, 2024

2                                    By:_____/s/ Mark Labaton_____
                                         Mark Labaton
3                                        **GLANCY PRONGAY & MURRAY LLP**
                                         1925 Century Park East, Suite 2100
4                                        Los Angeles, CA 90067
                                         Telephone:    (310) 201-9150
5                                        Facsimile:    (310) 201-9160
                                         mlabaton@glancylaw.com
6
                                    By:_____/s/ Michael A. Hirst_____
7                                        Michael A. Hirst
                                         **HIRST LAW GROUP, P.C.**
8                                        200 B Street, Suite A
                                         Davis, CA 95616
9                                        Telephone:    (530) 756-7700
                                         Facsimile:    (530) 756-7707
10                                       michael.hirst@hirstlawgroup.com

11                                  By:_____/s/ Patrick J. O'Connell__
                                         Patrick J. O'Connell
12                                       (*admitted pro hac vice*)
                                         James F. Haley
13                                       (*admitted pro hac vice*)
                                         **LAW OFFICE OF PATRICK J.**
14                                       **O'CONNELL PLLC**
                                         2525 Wallingwood, Bldg. 14
15                                       Austin, TX 78746
                                         Telephone:    (512) 852-5918
16                                       Facsimile:    (512) 222-0422
                                         pat@pjofca.com
17                                       jim@pjofca.com

18                                       *Attorneys for Relator Steven J. Hartpence*

19

20

21

22

23

24

25

26

27

28

STATUS REPORT
CASE NO.: 2:08-CV-01885-CAS(AGRx)